IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MO:16-MJ-063 |
| | ) | A-05-CR-221(1)-LY |
| **VICENTE GONZALES-PESINA** | ) | |

### INTRA-DISTRICT TRANSFER ORDER

On the 2nd day of February, 2016, the Court held an initial appearance for the Defendant.

The Defendant is ordered to be transferred to the Austin Division for further hearings.

**THEREFORE, the United States Marshals Service is ordered to transfer the Defendant to the Austin Division for further hearings on this matter**.

**The Clerk is ordered to provide a copy of this Order to the United States Marshals Service in Midland and Austin, Texas**.

It is so **ORDERED**.

SIGNED this 2nd day of February, 2016.

_____
DAVID COUNTS
U.S. MAGISTRATE JUDGE